UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00281

**Kimberly Banfield Foreman,**
*Plaintiff,*
v.
**BMW Financial Services NA, LLC,**
*Defendant.*

# ORDER

The court dismissed this case and entered final judgment on November 18, 2025. Doc. 31. Plaintiff moved to vacate and void judgment. Doc. 32. The magistrate judge issued a report recommending that the court deny plaintiff's motion to vacate. Doc. 37 at 2. Plaintiff received a copy of the report on January 12, 2026. Doc. 39. No party has filed written objections.

When there have been no timely objections to a report, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment. Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court denies plaintiff's motion to vacate (Doc. 32).

*So ordered by the court on February 6, 2026.*

J. CAMPBELL BARKER
United States District Judge