UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00281

**Kimberly Banfield Foreman,**
*Plaintiff,*
v.
**BMW Financial Services NA, LLC,**
*Defendant.*

## ORDER

The court dismissed this case on November 18, 2025 and entered judgment. Doc. 31. Plaintiff filed a motion seeking to vacate the order of dismissal. Doc. 37. The court denied plaintiff's motion on February 6, 2026. Doc. 41. Plaintiff then filed a second motion seeking to vacate the order of dismissal on September 16, 2026. Doc. 43. On October 5, 2026, the magistrate judge issued a report recommending that the motion be denied. Doc. 46. Certified mail sent to plaintiff was returned unclaimed. Doc. 48. Plaintiff has not filed written objections.

When there have been no timely objections to a report, or the objections are improper, "the court need only satisfy itself that there is no clear error on the face of the record." Fed. R. Civ. P. 72(b), advisory committee's notes to 1983 amendment.

Having reviewed the record and being satisfied that there is no clear error, the court accepts the report's findings and recommendations. The court denies the motion to vacate the order of dismissal. The clerk shall return, unfiled, any further filings from plaintiff in this closed case.

*So ordered by the court on November 18, 2026.*

J. CAMPBELL BARKER
United States District Judge